IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARVEL JONES,<br><br>    Plaintiff,<br><br>vs.<br><br>MADISON COUNTY, A Political Subdivision; STATE OF NEBRASKA, NEBRASKA STATE PATROL, A State Agency; MADISON COUNTY SHERIFF DEPARTMENT, The Chief Law Inforcement Officer of Madison County; SIX UNKNOWN SHERIFF OFFICERS OF MADISON COUNTY, NEBRASKA, Sued In Their Individually And In Their Official Capacity; MICHAEL GETTMANN, LICSW/LIMHP, Sued In His Individually And In His Official Capacity; and SEN. ROBERT ROSE, of Law Enforcement and Public Safety for the Nebraska State Patrol Sued In His Individually And In His Official Capacity;<br><br>    Defendants. | 8:23CV182<br><br>**MEMORANDUM AND ORDER** |

  Before the Court is Plaintiff's Motion for Leave to Proceed in Forma Pauperis. Filing No. 8. Plaintiff has been "civilly committed" to the Norfolk Regional Center ("NRC"), *see* Filing No. 1 at 2, and, though he is not employed and receives no income, he lists available assets in the amount of $4408.77. Filing No. 8. Plaintiff also filed a copy of his "Trust Fund Statement" from the NRC which shows an account balance of $4408.77 as of March 31, 2023. Filing No. 9. Plaintiff does not mention expenses that would impact his ability to pay the relatively modest filing fee associated with filing a civil case in federal court. Therefore,

IT IS ORDERED that:

1. Plaintiff's Motion for Leave to Proceed in Forma Pauperis, Filing No. 8, is denied.

2. Plaintiff shall pay the $402.00 filing fee within 30 days of the date of this order.

3. Failure to comply with this order will result in this matter being dismissed without further notice.

4. The Clerk of the Court is directed to set a pro se case management deadline in this matter with the following text: **August 7, 2023**: deadline for Plaintiff to pay $402.00 filing fee.

Dated this 6th day of July, 2023.

BY THE COURT:

Joseph F. Bataillon
Senior United States District Judge

2