IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARVEL JONES,<br><br>　　　　　Plaintiff,<br><br>　vs.<br><br>MADISON COUNTY, A Political Subdivision; STATE OF NEBRASKA, NEBRASKA STATE PATROL, A State Agency; MADISON COUNTY SHERIFF DEPARTMENT, The Chief Law Inforcement Officer of Madison County; SIX UNKNOWN SHERIFF OFFICERS OF MADISON COUNTY, NEBRASKA, Sued In Their Individually And In Their Official Capacity; MICHAEL GETTMANN, LICSW/LIMHP, Sued In His Individually And In His Official Capacity; and SEN. ROBERT ROSE, of Law Enforcement and Public Safety for the Nebraska State Patrol Sued In His Individually And In His Official Capacity;<br><br>　　　　　Defendants. | 8:23CV182<br><br><br>ORDER |

　　　This matter is before the Court on Plaintiff's Motion for Appointment of Counsel. (Filing No. 2.) The motion will be denied.

　　　"There is no constitutional or statutory right to appointed counsel in civil cases." *Phillips v. Jasper Cty. Jail*, 437 F.3d 791, 794 (8th Cir. 2006). Trial courts have "broad discretion to decide whether both the [litigant] and the court will benefit from the appointment of counsel."

*Davis v. Scott*, 94 F.3d 444, 447 (8th Cir. 1996). The Court finds appointment of counsel is not warranted at this point.

Accordingly,

**IT IS ORDERED** that Plaintiff's Motion for Appointment of Counsel (Filing No. 2) is denied.

Dated this 12th day of September, 2023.

BY THE COURT:

s/ Susan M. Bazis
United States Magistrate Judge