IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARVEL JONES, | |
| Plaintiff, | 8:23-CV-182 |
| vs. | ORDER |
| MADISON COUNTY, a political subdivision, et al. | |
| Defendants. | |

IT IS ORDERED:

1. On the Court's own motion, the deadline for completing service of process is extended to January 8, 2024.

2. The Clerk of the Court shall set a case management deadline for January 8, 2024.

3. Filings 21 through 27 are stricken.

Dated this 7th day of December, 2023.

BY THE COURT:

John M. Gerrard
Senior United States District Judge