IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARVEL JONES,<br><br>　　　　　Plaintiff,<br><br>vs.<br><br>MADISON COUNTY, a political subdivision, et al.<br><br>　　　　　Defendants. | 8:23-CV-182<br><br>ORDER |

IT IS ORDERED:

1. On the Court's own motion, the deadline for completing service of process is extended to February 14, 2024.

2. The Clerk of the Court shall set a case management deadline for February 14, 2024.

Dated this 29th day of December, 2023.

BY THE COURT:

John M. Gerrard
Senior United States District Judge