IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MARVEL JONES,

          Plaintiff,

vs.

MICHAEL GETTMANN, LICSW/LIMHP,
Sued In His Individually Capacity; and  SEN.
ROBERT ROSE, of Law Enforcement and
Public Safety for the Nebraska State Patrol Sued
In His Individually Capacity;

          Defendants.

**8:23CV182**

**ORDER**

This matter is before the court on Attorney Nathan J. Stratton's Motions to Withdraw as Counsel. A hearing was held on March 6, 2026, during which Plaintiff stated his intent to file documents on his own behalf. The court approved Stratton's motions to withdraw and set certain briefing deadlines. Upon further consideration, the deadlines provided during the call may not allow sufficient time for mailing documents to and from Plaintiff at the Norfolk Regional Center. Accordingly, on the court's own motion the deadlines will be extended as set forth below.

IT IS ORDERED:

1.  The Motions to Withdraw as Counsel are granted. (Filing No. 110; Filing No. 111). Nathan J. Stratton is withdrawn as counsel for Plaintiff and shall no longer receive electronic notice in this case.

2.  Plaintiff will not be appointed replacement counsel and will now be self-represented. The Clerk shall update the docket accordingly.

3.  The Clerk is directed to file the following documents separately of record:

    a.  Plaintiff's Second Motion for Reconsideration (Filing No. 111 at 4-7)

b. Plaintiff's "Affidavit of Merits and Opposition to Dismiss Based / Summary Judgment on Qualified Immunity" (Filing No. 111 at 8-13) as a response brief to the pending motion for summary judgment (Filing No. 101).

4. Defendants' response brief as to Plaintiff's motion for reconsideration and reply brief as to the pending motion for summary judgment shall be filed on or before March 20, 2026.

5. Plaintiff's Reply as to the motion for reconsideration shall be filed on or before April 3, 2026.

6. The Amended Trial Setting Order (Filing No. 109) is vacated. Plaintiff and Counsel for Defendants are directed to contact the court within 10 days following a ruling on the pending dispositive motion to reset trial, if appropriate.

7. The Clerk shall mail a copy of this order and the Minute Entry for the March 6, 2026 hearing to Plaintiff at the address provided by withdrawing counsel:

> Marvel Jones
> Norfolk Regional Center
> 1700 North Victory Road, Bldg. 16
> Norfolk, NE 68701

Dated this 6th day of March, 2026.

BY THE COURT:

s/ Ryan C. Carson

United States Magistrate Judge