IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MARVEL JONES,

        Plaintiff,

vs.

8:23-CV-182

MICHAEL GETTMANN,
LICSW/LIMHP, Sued In His
Individually Capacity, and SEN.
ROBERT ROSE, of Law Enforcement
and Public Safety for the Nebraska
State Patrol Sued In His Individually
Capacity,

ORDER

        Defendants.

The plaintiff has filed a motion "for declaratory and injunctive relief" asking the Court to order the Norfolk Regional Center not to limit the amount of legal paperwork the plaintiff can have. Filing 119. The Court will deny the plaintiff's motion.

The problem is that the plaintiff is asking the Court to issue a preliminary injunction against a non-party to this case, based on claims that aren't asserted in this case. Generally, injunctions may not be enforced against nonparties. *JDR Indus., Inc. v. McDowell*, 121 F. Supp. 3d 872, 892 (D. Neb. 2015) (citing *Nat'l Spiritual Assembly of Bahá'ís of U.S. Under Hereditary Guardianship, Inc. v. Nat'l Spiritual Assembly of Bahá'ís of U.S., Inc.,* 628 F.3d 837, 848 (7th Cir. 2010)). There are exceptions to that rule—for instance, when the officers or agents of a party may be enjoined, *see id*.—but no such exception is present here. The Norfolk Regional Center is not an agent of either remaining defendant.

- 2 -

Furthermore, a party moving for a preliminary injunction must necessarily establish a relationship between the injury claimed in the party's motion and the conduct asserted in the complaint. *Devose v. Herrington*, 42 F.3d 470, 471 (8th Cir. 1994). The plaintiff's operative claims here are against a social worker and a police officer for malicious prosecution and civil conspiracy. *See* filing 1; filing 52. They do not relate, in any way, to the alleged conduct of the Norfolk Regional Center in limiting what the plaintiff may possess in his room. *See* filing 119. Accordingly,

IT IS ORDERED that the plaintiff's motion for declaratory and injunctive relief (filing 119) is denied.

Dated this 27th day of March, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge