IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MARVEL JONES,

        Plaintiff,

vs.

MICHAEL GETTMANN,
LICSW/LIMHP, Sued In His
Individually Capacity, and SEN.
ROBERT ROSE, of Law Enforcement
and Public Safety for the Nebraska
State Patrol Sued In His Individually
Capacity,

        Defendants.

8:23-CV-182

ORDER

        The defendants filed a motion for summary judgment and supporting materials on February 4, 2026. Filings 101-104. After the plaintiff elected to proceed without counsel, he was given March 20 to file his response. Filing 115. He filed his response on March 6. Filing 117. The defendants filed their reply on March 19. Filing 118. On April 3, the plaintiff filed another response in opposition to the motion for summary judgment. Filing 121. That was an unauthorized sur-reply and will be stricken. *See* NECivR 7.1(c)(3).

        IT IS ORDERED that the plaintiff's sur-reply opposing summary judgment (filing 121) is stricken.

        Dated this 6th day of April, 2026.

BY THE COURT:

_____
John M. Gerrard
Senior United States District Judge