IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

MARVEL JONES,

        Plaintiff,

vs.

MICHAEL GETTMANN,
LICSW/LIMHP, Sued In His
Individually Capacity, and SEN.
ROBERT ROSE, of Law Enforcement
and Public Safety for the Nebraska
State Patrol Sued In His Individually
Capacity,

        Defendants.

8:23-CV-182

ORDER

This matter is before the Court on the plaintiff's objection (filing 125) to the Magistrate Judge's order (filing 124) denying his motion (filing 123) to reappoint counsel. A district court may reconsider a magistrate judge's ruling on nondispositive pretrial matters only where it has been shown that the ruling is clearly erroneous or contrary to law. *See* 28 U.S.C. § 636(b)(1)(A); *Ferguson v. United States*, 484 F.3d 1068, 1076 (8th Cir. 2007). The Magistrate Judge's order here was neither. Accordingly,

IT IS ORDERED that the plaintiff's objection (filing 125) is overruled.

Dated this 8th day of June, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge