IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARVEL JONES,<br><br>Plaintiff,<br><br>vs.<br><br>MICHAEL GETTMANN, LICSW/LIMHP, Sued In His Individually Capacity, and SEN. ROBERT ROSE, of Law Enforcement and Public Safety for the Nebraska State Patrol Sued In His Individually Capacity,<br><br>Defendants. | 8:23-CV-182<br><br>ORDER |

The plaintiff, a non-prisoner,[1] has filed an application to proceed on appeal in forma pauperis (filing 132). The plaintiff's application demonstrates that he is eligible to proceed in forma pauperis.

IT IS ORDERED:

1. Plaintiff's application to proceed in forma pauperis (filing 132) is granted, and his appeal shall be processed without payment of fees.

2. The plaintiff's motion to appoint appellate counsel (filing 134) is denied without prejudice to reassertion before the U.S. Court of Appeals for the Eighth Circuit.

Dated this 11th day of August, 2026.

BY THE COURT:

John M. Gerrard
Senior United States District Judge

[1] *See Kolocotronis v. Morgan*, 247 F.3d 726, 728 (8th Cir. 2001).